January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT W. JACKSON, INDIVIDUALLY AND D/B/A TOMBALL BOB'S TRACTORS & EQUIPMENT, Appellant

NO. 14-11-01073-CV                    V.

LONGAGRIBUSINESS, L.L.C. N/K/A FARMTRAC NORTH AMERICA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, LongAgribusiness, L.L.C. n/k/a Farmtrac North America, signed September 9, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in calculating prejudgment interest. We therefore order that the portions of the judgment that calculate prejudgment interest are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order Robert W. Jackson, individually and d/b/a Tomball Bob's Tractors & Equipment, to pay all costs incurred in this appeal. We further order this decision certified below for observance.